UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Ardak Akishev, *et al.* <br><br> Plaintiffs, <br> v. <br> Sergey Kapustin, *et al*, <br><br> Defendants. | Civil Action No. 13-cv-07152(NLH)(AMD) |

## RULE TO SHOW CAUSE

AND NOW, this 18th day of June, 2015, upon consideration of the Plaintiffs, Ardak Akishev, Zhandos Aliakparov, Alexey Batalov, Evgeniy Borzenko, Igor Glazunov, Irina Glazunova, Andrey Kirik, Natalia Kirik, Arkadiy Kolbin, Evgeniy Kondratuk, Eduard Lisitsyn, Vladimir Lukyanov, Viktor Maniashin, Mikhail Matveev, Alexander Pukir, Evgeniy Telin, Yuriy Yamkoviy, Alla Yamkovaya, Alexander Zhilinskiy, Elena Zvereva, Mikhail Zverev, (collectively, "Plaintiffs") *Ex Parte* Motion for Temporary Restraining Order And Preliminary Injunctive Relief Pursuant to Fed.R.Civ.P. 65 and equitable powers of the Court ("Motion for Relief"), and for good cause shown, it is hereby;

ORDERED AND DECREED that:

(1) The Motion for Temporary Restraining Order is GRANTED;

(2) A hearing on Plaintiffs' Motion for Preliminary Injunction shall be held at 1:30 pm on June 29, 2015, in Courtroom 3A of the U.S. District Court for the District of New Jersey.

(3) Plaintiffs shall serve their Motion for Relief on Defendants by 5 pm on June 27, 2015.

FOR THE COURT:

_____
Honorable Noel L. Hillman
UNITED STATES DISTRICT COURT JUDGE