UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Ardak Akishev,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **Sergey Kapustin,** *et al.*, <br> **Defendants.** | Civil Action No. 13-7152(NLH)(AMD) <br><br> **ORDER** |

WHEREAS, the Court having held a hearing on February 9, 2016 with regard to motions to compel and quash [313, 314, 328, 330] and a motion for new hearing [327]; and

For the reasons expressed on the record;

IT IS on this  10th  day of February, 2016

ORDERED that cross-claim plaintiffs' Motion to Compel Documents Responsive to the Subpoena Issued to Jon Werner, Esq. [313] and cross-claim defendants' Cross Motion to Compel Responses to Subpoenas [328] be, and the same hereby are, DENIED; and it is further

ORDERED that cross-claim plaintiffs' Motion to Quash Subpoenas Issued by the Empire Defendants [314] and the cross-claim defendants' Cross Motion to Quash the Subpoena Issued to Jon Werner, Esq. [330] be, and the same hereby are, GRANTED; and it is further

ORDERED that defendant Sergey Kapustin's motion for new hearing and other relief [327] be, and the same hereby is, DENIED.

At Camden, New Jersey

　　　　　　　　　　　　　　　　　　s/ Noel L. Hillman
　　　　　　　　　　　　　　　　　　NOEL L. HILLMAN, U.S.D.J.